```
1  LAW OFFICES OF JULIE M. MCCOY
   JULIE M. MCCOY, Bar no. 129640
2  JACQUELYNE M. NGUYEN, Bar no. 249658
   1670 SANTA ANA AVE., SUITE "K"
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax: (949) 722-8416

5  Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 12-1390 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Dana L. Rusk, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Dana L. Rusk, in the principal amount of $2,616.42 plus interest accrued to January 17, 2012, in the sum of $3,998.39; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**6,614.81**.

DATED: 2/23/2012                    By: _____Terry Nafisi_____
                                           Clerk of the Court
                                           A. Martinez
                                           Deputy Clerk
                                    United States District Court